

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LAURA C. WILLIAMS**
Labor & Employment Law Division
Phone: (212) 356-2435
lawillia@law.nyc.gov

July 18, 2022

**By ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  Shapiro v. Mayor Eric Adams, et al.,
     No. 22 Civ. 02603 (KPF)

Dear Judge Failla:

I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. I write to respectfully request a two-week adjournment of the video conference scheduled for Wednesday, July 20, 2022, at 11:00 A.M., in connection with this matter. This is defendants' first request for an adjournment of this conference, and plaintiff *pro se* consents to this request.

This request is made because the undersigned must attend to an urgent medical matter on that date and will be unable to attend the conference as currently scheduled.[1]

I appreciate the Court's attention and consideration of this request.

Respectfully Submitted,

/s/
Laura C. Williams
Assistant Corporation Counsel

cc:   Norman Shapiro (By Email and First-Class Mail)
      Plaintiff *Pro Se*

---

[1] If needed, undersigned counsel can explain further to the Court in camera.

Application GRANTED.  The video conference in this matter is hereby ADJOURNED to **August 9, 2022, at 10:00 a.m.**

The Court sends its best wishes to defense counsel.

The Clerk of Court is directed to mail a copy of this endorsement to Plaintiff at his address of record.  The Clerk of Court is further directed to terminate the motion at docket entry 29.

Dated:   July 19, 2022          SO ORDERED.
         New York, New York

                                *[signature: Katherine Polk Failla]*

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE