

**H**ON. **S**YLVIA **O**. **H**INDS-**R**ADIX
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LAURA C. WILLIAMS
Labor & Employment Law Division
Phone: (212) 356-2435
lawillia@law.nyc.gov

August 5, 2022

**By ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



    Re: Shapiro v. Mayor Eric Adams, et al.,
      No. 22 Civ. 02603 (KPF)

Dear Judge Failla:

  I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. I write to respectfully request a two-week adjournment of the video conference scheduled for Tuesday, August 9, 2022, at 10:00 A.M., in connection with this matter. Defendants previously requested, and the Court granted, an adjournment of this conference from Wednesday, July 20, 2022, at 11:00 A.M. to Tuesday, August 9, 2022, at 10:00 A.M. Plaintiff *pro se* consents to this request.

  This request is made because the undersigned continues to attend to a personal medical matter[1], and another attorney from this Office will be assigned to assist in handling this action.

  I appreciate the Court's attention and consideration of this request.

               Respectfully Submitted,

               _____/s/_____
               Laura C. Williams
               Assistant Corporation Counsel

---

[1] If needed, undersigned counsel can explain further to the Court in camera.

- 2 -

cc: Norman Shapiro (By Email and First-Class Mail)
    Plaintiff *Pro Se*

```
Application GRANTED.  The video conference in this matter is hereby ADJOURNED
to September 7, 2022, at 3:00 p.m.  The Court again extends its best wishes
to defense counsel.

The Clerk of Court is directed to mail a copy of this endorsement to
Plaintiff's address of record.  The Clerk of Court is further directed to
terminate the motion at docket entry 32.



Dated:    August 5, 2022                 SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE