UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN SHAPIRO,

                Plaintiff,

-v.-

CITY OF NEW YORK ERIC ADAM MAYOR, NEW YORK POLICE DEPARTMENT, DCAS, OFFICE OF LABOR RELATION,

                Defendants.

22 Civ. 2603 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court previously scheduled a video conference in this matter for September 7, 2022. Due to a conflict with the Court's schedule, that video conference is hereby ADJOURNED to **September 21, 2022,** at 10:00 a.m. The Court will provide video access instructions to the parties in advance of the conference.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff's address of record.

SO ORDERED.

Dated:    September 12, 2022
                New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge