UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMAN SHAPIRO,<br><br>      Plaintiff,<br><br>    -v.-<br><br>ERIC ADAMS, *Mayor of the City of New York*, and THE CITY OF NEW YORK,<br><br>      Defendants. | 22 Civ. 2603 (KPF)<br><br>23 Civ. 2768 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court recently accepted Case No. 23 Civ. 2768 as related to Case No. 22 Civ. 2603. The parties are hereby ORDERED to appear for a telephone conference regarding next steps in the related matters on **June 23, 2023**, at 10:00 a.m. The dial-in information is as follows: At 10:00 a.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to that time.

  The Clerk of Court is directed to mail a copy of this endorsement to Plaintiff's address of record.

  SO ORDERED.

Dated: May 22, 2023
     New York, New York

                        KATHERINE POLK FAILLA
                        United States District Judge