UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMAN SHAPIRO,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>ERIC ADAMS, *Mayor of the City of New York*, and THE CITY OF NEW YORK,<br><br>                              Defendants. | 22 Civ. 2603 (KPF)<br><br>23 Civ. 2768 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court held a conference this morning to discuss next steps in related cases 22 Civ. 2603 (the "2022 Action") and 23 Civ. 2768 (the "2023 Action"). As discussed at that conference, Plaintiff's time to serve Defendants with both the summons and complaint in the 2023 Action is hereby extended through **July 14, 2023**. Defendants are ORDERED to file a letter on or before **July 28, 2023,** apprising the Court of the status of service in the 2023 Action.

    Once the service issues have been resolved, the Court will promptly set a schedule for supplemental briefing on Defendants' anticipated motion to dismiss the 2023 Action.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

    SO ORDERED.

Dated:  June 23, 2023
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge