UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAL SHAPIRO,

       Plaintiff,

-against-

ERIC ADAMS and CITY OF NEW YORK,

       Defendants.

22 Civ. 2603 (KPF)

23 Civ. 2768 (KPF)

**ORDER**

KATHERINE POLK FAILLA, United States District Judge:

  The Court referred this *pro se* case to the Court's Mediation Program on July 28, 2023. (Dkt. #54).

  IT is ORDERED that the Clerk of Court shall attempt to locate *pro bono* counsel to represent Plaintiff at the mediation. *Pro bono* counsel will contact Plaintiff directly.[1]  The time to assign a mediator under Local Civil Rule 83.9 and the Court's Mediation Program Procedures will be deferred until *pro bono* counsel has filed a Notice of Limited Appearance of Pro Bono Counsel.  *Pro bono* counsel will represent Plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

  IT IS FURTHER ORDERED that any objection by Plaintiff to the Court's request for pro bono counsel to represent Plaintiff in the mediation must be filed within 14 days of this Order.

---

[1]  Because volunteer attorneys are a scarce resource, *pro se* litigants are not entitled to their choice of *pro bono* counsel. *Cf. Cooper* v. *Sargenti*, 877 F.2d 170, 172-73 (2d Cir. 1989). If Plaintiff chooses not to work with the volunteer attorney or law-school clinic that reaches out to Plaintiff, Plaintiff's options are to obtain counsel on his or her own or proceed *pro se* in all aspects of this matter including mediation.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

Dated:    July 31, 2023
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge