UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMAN SHAPIRO,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>ERIC ADAMS, *Mayor of the City of New York*, and THE CITY OF NEW YORK,<br><br>　　　　　　　　Defendants. | 22 Civ. 2603 (KPF)<br>23 Civ. 2768 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 28, 2023, the Court referred the related matters Case No. 22 Civ. 2603 and Case No. 23 Civ. 2768 to the SDNY Mediation Program (22 Civ. 2603, Dkt. #53-54; 23 Civ. 2768, Dkt. #11-12). On January 2, 2024, the Court was made aware that the Court-ordered mediation was not held as one or both parties failed to attend, refused to attend, or refused to participate in the mediation. (22 Civ. 2603, Dkt. #57). Accordingly, the parties are hereby ORDERED to file a joint letter on the dockets of both cases on or before **January 18, 2024**, (i) providing the Court with an update on the parties' continued efforts at mediation, if any; (ii) proposing a schedule for the necessary briefing on Defendants' renewed motion to dismiss the Complaint in Case No. 22 Civ. 2603 (22 Civ. 2603, Dkt. #40) and Defendants' anticipated motion to dismiss the Complaint in Case No. 23 Civ. 2768, if appropriate; or (iii) otherwise updating the Court on the status of these matters.

2

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record, and to docket this Order in both cases.

SO ORDERED.

Dated:   January 3, 2024
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge